# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2194
LT Case No. 2022-101656-CFDL

_____

CHRISTOPHER WILLIAM
SUFFIELD, SR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Kathleen McNeilly, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel Perrone, Assistant Attorney General, Daytona Beach, for Appellee.

March 5, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____